August 28, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

SOLUM ENGINEERING, INC., Appellant

NO. 14-13-00428-CV                    V.

MARTHA M.J. STARICH AKA MARIE J. STARICH AND LORI A. HOOD,
Appellees

_____

This cause, an appeal from the judgment in favor of appellee, Martha M.J. Starich aka Marie J. Starich and Lori A. Hood, signed, April 19, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Solum Engineering, Inc., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.